NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: KEITH G. ASKOFF,**

*Appellant*

---

2015-1508

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/305,541.

---

**JUDGMENT**

---

JOSEPH GRECO, Beck, Ross, Bismonte & Finley LLP, San Jose, CA, argued for appellant. Also represented by ALFREDO A. BISMONTE.

JOSEPH GERARD PICCOLO, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, JEREMIAH HELM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court